UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DENISE WILSON**  **PETITIONER**
ADC #704858

V.     No. 4:22-cv-00105-LPR-JTR
       (Related Cases: 5:07-cv-00258-JTR;
       5:12-cv-00087-JLH; 5:12-cv-00124-JLH)

**SOLOMON GRAVES,**  **RESPONDENT**
**Secretary of Corrections,**
**Arkansas Department of Corrections**

## ORDER

The Court has received a Recommendation for dismissal from Magistrate Judge J. Thomas Ray and the objections filed by Petitioner. After careful consideration of the Recommendation and objections, and a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

Petitioner Denise Wilson's petition for writ of habeas corpus[1] is dismissed in its entirety, without prejudice. All pending motions are denied as moot. Because Wilson has not made a substantial showing of the denial of a constitutional right, a certificate of appealability is denied.[2] *See* 28 U.S.C. § 2253(c)(2).

IT IS SO ORDERED this 7th day of April 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Petition for Writ of Habeas Corpus (Doc. 2).
[2] Ms. Wilson asked the Court to (essentially) hold the Magistrate's Recommendation in abeyance while she seeks an order from the Eighth Circuit authorizing her successive petition. But she has to get the order <u>before</u> filing her successive petition. *See* 28 U.S.C. § 2244(b)(3)(A). Accordingly, dismissal is necessary.